```
                     UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
                            RENO, NEVADA
```

| | | |
|---|---|---|
| JOHN F. SMITH, | ) | 3:08-CV-00144-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: September 17, 2009 |
| | ) | |
| DR. ROBERT BANNISTER, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

PRESENT:     EDWARD C. REED, JR.      U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN   Reporter:   NONE APPEARING

Counsel for Plaintiff(s)      NONE APPEARING

Counsel for Defendant(s)      NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On July 17, 2009, the Magistrate Judge filed a Report and Recommendation (#32) recommending that Plaintiff's Motion (#6) for emergency relief, and order restraining harassment and/or retaliation by the N.D.O.C. be denied.

    Plaintiff filed an Objection (#36) to the Report and Recommendation (#32). The Objection (#36) lacks merit.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#32) of the Magistrate Judge is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion (#6) is **DENIED**.

    **IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint (#42) is **STRICKEN**. In the circumstances of this case, Plaintiff may not file an amended complaint without making a motion to do so and receiving approval of the Court to file such amended complaint. Fed. R. Civ. P. 15(a)(2).

                                        LANCE S. WILSON, CLERK
                                        By       /s/
                                              Deputy Clerk