```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

JOHN F. SMITH,                    )    3:08-CV-00144-ECR-RAM
                                  )
    Plaintiff,                    )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: July 28, 2010
                                  )
DR. ROBERT BANNISTER, et al.,     )
                                  )
    Defendants.                   )
_____)

PRESENT:    EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING


MINUTE ORDER IN CHAMBERS

    On June 30, 2010, the Magistrate Judge filed a Report and Recommendation (#69) recommending that Defendants' Motion for Summary Judgment (#59) be granted.  Plaintiff has filed Objections (#70) to the Report and Recommendation (#69) disputing whether Defendants' actions were with deliberate indifference.

    The Magistrate Judge's Report and Recommendation (#69) is correct; we agree that the Motion for Summary Judgment (#59) should be granted.  **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#69) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#59) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                          LANCE S. WILSON, CLERK

                                          By        /s/
                                                Deputy Clerk